LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE ROOKS, JR. AND BRANDY L. ROOKS, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br><br> Defendants. | CASE NO. C 06 1860 SI <br><br> Before the Honorable SUSAN ILLSTON <br><br> **[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Conference Date: July 7, 2006 <br> Conference Time: 2:00 PM <br> Location: Courtroom 10, 19th Floor <br> SAN FRANCISCO |

For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court hereby continues the July 7, 2006 Case Management Conference ("CMC") to Nov. 2, 2006 ___, at __2 p.m.__. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: _____

_[signature]_
Honorable SUSAN ILLSTON
United States District Court Judge

- 3 - [PROPOSED] ORDER